IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
ROCK HILL DIVISION

| | |
|---|---|
| Joseph A. Ellis,<br><br>                          Plaintiff,<br><br>v.<br><br>Greenville County Detention Center,<br><br>                          Defendant. | C/A No.: 0:17-cv-01163-TLW<br><br>**ORDER** |

       Plaintiff Joseph A. Ellis, a pre-trial detainee proceeding *pro se* and *in forma pauperis*, filed this action seeking declaratory and injunctive relief pursuant to 42 U.S.C. § 1983. ECF No. 1. The matter now comes before this Court for review of a Report and Recommendation (R&R) filed by Magistrate Judge Gossett, ECF No. 8, to whom this case was assigned pursuant to the provisions of 28 U.S.C. § 636(b)(1)(B) and Local Civil Rule 73.02(B)(2), DSC. In the R&R, the Magistrate Judge recommends that the Court summarily dismiss Plaintiff's complaint without issuance and service of process because Plaintiff failed to state a claim upon which relief can be granted. ECF No. 8. Objections to the R&R were due on June 21, 2017. Plaintiff has not filed objections; however, the Court notes that the R&R was mailed[1] to Plaintiff on June 7, 2017, and returned as undeliverable on June 19, 2017. ECF No. 10.

       This Court is charged with conducting a *de novo* review of any portion of the Magistrate Judge's R&R to which a specific objection is registered and may accept, reject, or modify, in whole

---

[1] Plaintiff's complaint, ECF No. 1, listed Plaintiff's address at the Greenville County Detention Center. The Court mailed all materials to the detention center. *See* ECF No. 9. It appears from the record that Plaintiff was released, failed to notify the Court of a new address, and has abandoned his claim.

1

or in part, the recommendations contained in that R&R. 28 U.S.C. § 636. In the absence of objections to the R&R, this Court is not required to give any explanation for adopting the recommendation. *See Camby v. Davis*, 718 F.2d 198, 199–200 (4th Cir. 1983).

This Court carefully reviewed the R&R in this case. Noting that Plaintiff filed no objections, the R&R, ECF No. 8, is hereby **ACCEPTED**. Therefore, for the reasons articulated by the Magistrate Judge, Plaintiff's complaint is hereby **DISMISSED**.

**IT IS SO ORDERED**.

      *s/Terry L. Wooten*
      Terry L. Wooten
      Chief United States District Judge

August 2, 2017
Columbia, South Carolina